IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| David W. Curtis | : | Case No. 09-71519JAD |
| B. Kay Curtis | : | Chapter 13 |
|     Debtor(s) | : | |
| David W. Curtis | : | |
| B. Kay Curtis | : | Related to Document # 52 |
|     Movant(s) | : | |
| | : | |
| vs. | : | |
| No Respondents Named | : | Hearing Date 2/11/2010 |

### TRUSTEE'S RESPONSE TO MOTION FOR CONSENT TO MODIFY MORTGAGE

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The motion lists no respondents, possibly because the debtors believe they have attached sufficient evidence that Wells Fargo Home Mortgage consents to a proposed modification.

2. The Trustee avers that the creditor should be named as a respondent, and that the motion and proposed order should identify a proposed written agreement embodying the terms of the modification, rather than simply calling for approval of an informal outline of modified terms.

WHEREFORE, the Trustee recommends that the motion be denied in its present form.

                                                RONDA J. WINNECOUR,
                                                CHAPTER 13 TRUSTEE

Date:1/06/11                  by      _/s/ Richard J. Bedford
                                               Richard J. Bedford - PA I.D. #25069
                                              Attorney for Trustee
                                              US Steel Tower – Suite 3250
                                              600 Grant St.
                                              Pittsburgh, PA  15219
                                              (412) 471-5566

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| David W. Curtis | : | Case No. 09-71519JAD |
| B. Kay Curtis | : | Chapter 13 |
| Debtor(s) | : | |
| David W. Curtis | : | |
| B. Kay Curtis | : | Related to Document # 52 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| No Respondents Named | : | Hearing Date 2/11/2010 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 6TH of January 2011, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

David W. Curtis
B. Kay Curtis
98 Muir Road
Blairsville PA  15717

Arthur Cohen, Esquire
P.O Box 597
Hollidaysburg PA  16648

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566